# United States Bankruptcy Court
## Northern District of Illinois

In re   Suzlon Wind Energy Corp _____

                              Debtor(s)

Case No. _____

Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 236

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   06/29/2021 _____

_____
Amit Jain/
Signer/Title

FINANCE    DIRECTOR /OFFICER

3D Engineered Solutions, Inc.
514 Main Street
Hull, IA 51239


A & B Welding & Construction, Inc.
8021 199Th Avenue Nw
Elk River, MN 55330


A Star Investments Inc
14 Havenshore Ln
Sugar Land, TX 77479


A. W. Leil Cranes & Equipment Limit
137 Joseph Zatzman Drive
Dartmouth, Nova Scotia B3B 1W1
CANADA


Abb Motors And Mechanical Inc
5711 R.S. Boreham Jr Street
Fort Smith, AR 72901


Abex Infoway (Europe) Ltd.
Unit-1 Sherbourne House, 25 Northol
Harrow, Middlesex HA2 0LH
ENGLAND


Adolf Thies Gmbh And Co Kg
Haupstr, 76
Gottingen, Germany 37083
GERMANY


Ae- Rotor Holding Bv
Hengelo(Ov) The Netherlands
Utrecht, The Netherlands 9999 AA
THE NETHERLANDS


Agriwind Holdings, Llc
549 South Street
Quincy, MA 01269


Allied Electronics, Inc.
Fort Worth, TX 76113-2325

Alltite Inc
1600 East Murdock
Wichita, KS 67214-3477


Altura Wind Services Llc
1219 E Broadway Street
Sweetwater, TX 79556


American Repair Technology Llc
12206 North Burntwater Road
Fort Mcdowell, AZ 85264


Amsoil Inc
925 Tower Ave
Superior, WI 54880


Amsoil Inc
4148 Solutions Center
Chicago, IL 60677


Andy Cukurs
404 South Dryden Place
Arlington Heights, IL 60005


Applications International Corporat
10920 Via Frontera
San Diego, CA 92127


Aramark Refreshment Service
1851 Howard Street
Elk Grove Village, IL 60007


Arcosa, Inc.
500 N. Akard Street
Suite 400
Dallas, TX 75201


Arizona Department of Revenue
PO Box 29079
Phoenix, AZ 85038


Atomic Industrial Machine, Inc
365 Kent Avenue
Elk Grove Village, IL 60007

Ats Specialized Inc.
725 Opportunity Drive
Saint Cloud, MN 56301-5886


Auxilius Heavy Industries
10 Tall Oak Lane
West Lafayette, IN 47906


Avanti Wind Systems, Inc
11311 West Forest Home Avenue
Franklin, WI 53132


Barr Fabrication Field Svc, Llc
4501 Danhill Drive
Brownwood, TX 76801


Bartlett Bearing Co, Inc
10901 Decatur Road
Philadelphia, PA 19154


Baumer Ltd
122 Spring Street    C6
Southington, CT 06489


Birlasoft Solutions, Inc
399 Thornall Street
Edison, NJ 08837


Blue Cross Blue Shield Of Illinois
Chicago, IL 60696


Bonfiglioli Usa Inc
Po Box 772429
Detroit, MI 48277-2429


Borsheim Builders Supply Inc
Williston, ND 58802-1344


Bragg Crane Service
6251 Paramount Blvd
Long Beach, CA 90805

Centa Corporation
511 West Freshwater Way
Milwaukee, WI 53204


Centerpoint Energy - 8000054865-3
Houston, TX 77210-4671


Challenger, Gray & Christmas Inc
150 South Wacker Drive
Chicago, IL 60606


Chase Business Credit Card
Palatine, IL 60094


Choctaw-Kaul Distribution
3540 Vinewood Street
Detroit, MI 48208-2363


Cintas Corporation
Po Box 625737
Cincinnati, OH 45262-5737


City Of Guymon
219 N.W. 4Th Street
Guymon, OK 73942-4798


Cle Power
3240 Oakwood Lane
Westlake, OH 44145


Clearfreight Inc.
1960 E. Grand Ave., Suite 700
El Segundo, CA 90245


Cohnreznick Llp
3560 Lenox Road  Northeast
Atlanta, GA 30326-4276


Cojo Industrial Sales
605 Ne  4Th  Street
Guymon, OK 73942

Com Ed  # 3159774010
Carol Stream, IL 60197


Com Ed  # 56271 60020
Carol Stream, IL 60197


Comfort Suites - Elgin
2480 Bushwood Drive
Elgin, IL 60124


Composites One, Llc
85 West Algonquin Road
Arlington Heights, IL 60005


Composites One, Llc
4526 Payshere Circle
Chicago, IL 60674


Concur Technologies Inc
18400 Ne Union Hill Road
Redmond, WA 98052


Cooke Electrical Contracting, Inc
1000 North Forest
Amarillo, TX 79106


Corporate Tax
PO Box 750260
Topeka, KS 66699-0260


Coyote Logistics, Llc
2545 West Diversy Ave
Chicago, IL 60647


Crst Malone Inc
1901 Floyd Bradford Road
Trussville, AL 35173


Dale Barber
10175 Fm 3138
Channing, TX 79018

Delaware Division of Revenue
820 N. French Street
Wilmington, DE 19801

Delta Dental Of Illinois - Asc
111 Shuman Blvd
Naperville, IL 60563

Demag Cranes & Components Corp
29201 Aurora Road
Solon, OH 44139

Dickinson, Mackaman, Tyler & Hagen
Suite 1600 699 Walnut Street
Des Moines, IA 50309

Digging & Rigging, Inc.
6037 Buffalo Road
Mt. Airy, MD 21770

Enterprise Fleet Management

Enterprise Fleet Management

Enterprise Fleet Management

Enterprise Fleet Management

Enterprise Fleet Management

Enterprise Fleet Services
395 Roosevelt Road
Glen Ellyn, IL 60137

Esm Energie- Und Schwingungstechnik
Energiestra e 1, Heppenheim
Heppenheim, Hesse, 64646
GERMANY

Evans Enterprises, Inc
2999 East Ainsworth Street
Pasco, WA 99301


Exelon Wind Llc
300 Exelon Way
Kennett Square, PA 19348


Exim Bank - London Branch
5th floor, 35 King Street
London  EC2V 8BB
UNITED KINGDOM


Exxonmobil Oil Corp
800 Bell Street
Houston, TX 77002


Fastenal / Na
Winona 55987-0000
MN


Fedex    2463-14
Palatine, IL 60094


Flender Corporation
1401 Madeline Lane
Elgin, IL 60124


Flodyne/Hydradyne
1000 Muirfield Drive
Hanover Park, IL 60133


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0500


Freeborn & Peters, Llp
311 South Wacker Drive
Chicago, IL 60606


Golden Precision Products P Ltd
Wadaia
Mumbai, Maharashtra, 400031
INDIA

Grant County
PO Box 8809
Minneapolis, MN 55408

Groot, Inc
1330 Gasket Drive
Elgin, IL 60120-7543

Guardian Insurance
550 W. Jackson, 8Th Floor
Chicago, IL 60661

H & N Electric
4224  East  B  Street
Pasco, WA 99301

Hailo, Llc
1395 Mineral Spring Road
Elberton, GA 30635

Hartley County Appraisal District
Hartley, TX 79044

Harvest Energy Services, Inc
500 Zang Street
Broomfield, CO 80021

Helukabel Usa
1201 Wesemann Drive
West Dundee, IL 60118

Hitachi Chemical Energy Technology
4008 Clay Avenue
Haltom City, TX 76117

Hocking International Laboratories
Escondido, CA 92046

Hydac Technology Corp
Lehigh Valley, PA 18002

Hytorc  - Division Of Unex Corp
333  Route 17 North
Mahwah, NJ 07430

Idaho State Tax Commission
PO Box 56
Boise, ID 83756-0056

Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794-9006

Indiana Department of Revenue
PO Box 7087
Indianapolis, IN 46207-7087

Ingeteam Power Technology, Sa
Parque Tecnologico De Bizkaia
Zamudio 48170
SPAIN

Integrated Power Services Llc
3 Independence Pointe
Greenville, SC 29615

Internal Revenue Service
Ogden Service Center
Ogden, UT 84201-0059

Iowa Income Tax
Document Processing
PO Box 9187
Des Moines, IA 50306-9187

Ipfs Corporation
24722 Network Place
Chicago, IL 60673-1247

Ixys Semiconductor Gmbh
Lampertheim, Germany 68623
GERMANY

Jensen Crane Services
5550 Ne 22Nd Street
Des Moines, IA 50313

K H Law, Llc
225 West Washington
Chicago, IL 60606


Kluber Lubrication Na Lp
32 Industrial Drive
Londonderry, NH 03053


Knorr Tec
Kapellenbergstrasse 34, Beratzhausen
Regensburg, Bavaria, 93176
GERMANY


Konica Minolta
21146  Network Place
Chicago, IL 60673-1211


Konica Minolta Business  (Cad)
3450 Superior Court, Unit 1
Oakville, Ontario L6L 0C4
CANADA


Konica Minolta Business Solutions U
Dept Ch 19188
Palatine, IL 60055-9188


Ktr Corporation
122 Anchor Road
Michigan City, IN 46360


Lapp Systems Usa, Inc.
29 Hanover Road
Florham Park, NJ 07932


Lavena Chastine Texas County Treasu
Guymon, OK 73942


Lawson Investments
Stanberry, MO 64489


Lewis Brisbois Bisgaard & Smith, Ll
Suite 4000 633 West 5Th Street
Los Angeles, CA 90071

Lincoln Industrial Corporation
One Lincoln Way
Saint Louis, MO 63120


Lockton Companies, Llc
444 West 47Th Street
Kansas City, MO 64112


Logmein Usa, Inc
320 Summer Street
Boston, MA 02210


Lowis & Gellen, Llp
175 West Jackson Boulevard
Chicago, IL 60604


Lti Motion Gmbh
Gewerbestrabe 5-9
Lahnau, Hesse, 35633
GERMANY


Lund & Sorensen A/S
Maserativej 4
Vejle, Denmark 7100
DENMARK


M C Cattle Company
Gruver, TX 79040


Maxim Crane Works
4389 Solutions Center
Chicago, IL 60677-4003


Meadow Lake Wind Farm Iv Llc
Houston, TX 77253-3827


Medavie Blue Cross
644 Main Street
Moncton, New Brunswick E1C 8L3
CANADA

Mersen Canada Dn Ltd.
225 Harwood Blvd.
VAUDREUIL-DORION, Quebec, J7V 1Y3
CANADA


Midpoint Bearing
1155 West Brooks Street
ONTARIO 91762-0000
CA


Minnesota Revenue
600 N. Robert St.
Saint Paul, MN 55146


Missouri Department of Revenue
PO Box 700
Jefferson City, MO 65105-0700


Mobile Solids Solutions
208 West Mud Pike
Rockwood, PA 15557


Molded Fiber Glass South Dakota
1401 North Brown County 19
Aberdeen, SD 57401


Moog Inc
2200 South Main Street
Blacksburg, VA 24060


Moore County and Entities
  Collected by Moore County
PO Box 616
Dumas, TX 79029


Moore County Tax Assessor
Dumas, TX 79029-0616


Morgan Am&T
Po Box 1056
Greenville, SC 29602

Motion Industries, Inc.
Po Box 98412
Chicago, IL 60693


Mountain Crane Service
393 South 2650 West
Salt Lake City, UT 84104


Moventas Gears Canada Ltd
1615 Bishop Street North
Cambridge, Ontario N1R 7J4
CANADA


Msdsonline, Inc.
27185 Network Place
Chicago, IL 60673-1271


Mubea Precision Springs, Inc
6800 Industrial Road
Florence, KY 41042


N.W. Crane Service Inc
81342 Liberty Lane
Hermiston, OR 97838


Ness & Campbell Crane Inc
5730 Ne 138Th Ave
Portland, OR 97230


Nickel Construction, Inc.
36821 575Th Ave
Mountain Lake, MN 56159


Nicor Gas    23-69-04-6195
1844 Ferry Road
Naperville, IL 60563-9600


Norlen Inc
900 Grossman Drive
Schofield, WI 54476


Northwest Crane Service, Llc
1125 40Th Street
Woodward, OK 73801

Norton Rose Fulbright Us  Llp
2200 Ross Avenue
Dallas, TX 75201-7932


Nova Scotia Power Inc
Halifax, Nova Scotia, B3J 2V7
CANADA


Novo Advisors, Llc
5253 East Bayaud Avenue
Denver, CO 80246


Nrg Systems
110 Riggs Road
Hinesburg, VT 05461


Office of State Tax Commissioner
600 E. Boulevard Ave.
Dept. 127
Bismarck, ND 58505-0599


Oklahoma Tax Commission
300 N. Broadway Ave
Oklahoma City, OK 73194


Oregon Department of Revenue
PO Box 14790
Salem, OR 97309-0470


Panasonic Corporation
1707 North Randall Road
Elgin, IL 60123


Panhandle Steel Erectors Inc
Amarillo, TX 79120


Pennsylvania Department of Revenue
PO Box 280427
Harrisburg, PA 17128-0427


Pepperl + Fuchs, Inc
1600 Enterprise Parkway
Twinsburg, OH 44087

Port Corpus Christi
Corpus Christi, TX 78412


Porte Brown Llc
845 Oakton
Elk Grove Village, IL 60007


Power Climber Wind
365 Upland Drive
Tukwila, WA 98188


Precision Mechanical Inc
12539 Holiday Drive, Unit A
Alsip, IL 60803-3255


Psi Repair Services, Inc.
11900 Mayfield
Livonia, MI 48150


R & R Express, Inc
3 Crafton Square
Pittsburgh, PA 15205


Renew Energy Maintenance, Llc.
2520 East River Ridge Place
Sioux Falls, SD 57103


Renewable Power Generation, Llc
10 South Dearborn Street
Chicago, IL 60603


Restricted Article Specialists, Inc
1033 Fairway Drive
Bensenville, IL 60106


Rimbosh Logistics Ltd
815 Boulevard De La Carriere
Gatineau, Quebec J8Y 6T4
CANADA


Ripley Transportation Company, Inc.
102 N Gorman Ave
Litchfield, MN 55355

Ritz Safety Llc
755 West Smith Road Suite C
Medina, OH 44256


Rms Cranes, Llc
1961 East 64Th Avenue
Denver, CO 80229


Robert Half International, Inc
2613 Camino Ramon
San Ramon, CA 94583


Rocky Mountain Crane Service
135 Crane Lane
Salida, CO 81201


Safety-Kleen Systems, Inc.
42 Longwater Drive
Norwell, MA 02061-9149


SAP Concur (Philippines) Inc.
Alphaland Southgate Tower,
Chino Roces Ext cor EDSA, Magallane
Makati City  1213


Scada International, Inc
319 Sw Washington Street
Portland, OR 97204


Schain Banks Kenny & Schwartz
70 West Madison Street
Chicago, IL 60602


Schenker Inc
150 Albany Avenue
Freeport, NY 11520


Schuette Metals
Wausau, WI 54402


SE A/S
Bredskifte Alle 13 8210 Arhus V
Denmark CVR - nr 28101120

Secretary of State
501 South 2nd St.,
Room 350
Springfield, IL 62756


SELM    c/o Navitas Mgmnt. Servics
Navitas House , Robinson Lane
Floreal , Mauritius


Seyfarth Shaw Llp
233 South Wacker Drive
Chicago, IL 60606-6448


Seyfarth Shaw Llp
3807 Collections Center Drive
Chicago, IL 60693


Sgs North America Inc.
101 Corporate Place
Vallejo, CA 94590


Sioux Valley Energy
Po Box 216
Colman, SD 57017-0216


Skf Usa Inc
Po Box 352
Lansdale, PA 19446-0352


Skylotec North America Lp
4845 Pearl East Circle
Boulder, CO 80301


Sleeping Bear Llc
211 Carnegie Center
Princeton, NJ 08540


Smart Blade Gmbh
Zuppingerstrasse 14
Ravensburg, Upper Swabia, 88213
GERMANY


Softwareone, Inc
20875 Crossroads Circle
Waukesha, WI 53186-4052

South Dakota Department of Revenue
445 E. Capitol Avenue
Pierre, SD 57501-3185


Standard Electric Supply
1400 Michael Drive
Wood Dale, IL 60191


State Comptroller - Texas
111 E. 17Th Street
Austin, TX 78774-0100


State of Washington
Department of Revenue
PO Box 47464
Olympia, WA 98501-7464


Steiner Electric Company
1250 Touhy Avenue
Elk Grove Village, IL 60007


Stemmann Technik Gmbh
Schuttorf, Germany  48465
GERMANY


Sunbelt Rentals, Inc
2341 Deerfield Drive
Fort Mill, SC 29715


Suzlon Energy Limited
633 Hadapsar Haveli Taluka
Pune, Maharashtra 411028
INDIA


Suzlon Energy Limited
Karumathampatti,
Coimbatore, Tamil Nadu, 641659
INDIA


Suzlon Energy Limited
Nalsal,Padubidri - Karkala Road
Post Padubidri, Karnataka 571111
INDIA

Suzlon Energy Limited
Post: Padubidri,
Udupi, Karnataka 574111
INDIA


Suzlon Energy Ltd.
"Suzlon", 5, Shrimali Society,
Ahmedabad, 380009
INDIA


Suzlon Generators  Ltd .
Chakan Ind. Area, Vill:Mahalunge, T
Pune, Maharashtra 410501
INDIA


Suzlon Global Services Limited
Mumbai, India 400021
INDIA


Svendborg Brakes Usa Llc
8955 S. Ridgeline Blvd - Suite 1200
Highlands Ranch, CO 80129


Tableau Software, Inc
1621 North  34Th Street
Seattle, WA 98103


Taxation Revenue & New Mexico
1100 South St. Francis Drive
Santa Fe, NM 87505


Tetra Tech, Inc
3475 East Foothill Blvd
Pasadena, CA 91107


Texas Comptroller of Public Account
PO Box 13528
Capitol Station
Austin, TX 78711-3528


Texas County Treasurer
PO Box 509
Guymon, OK 73942

Tgm Land Development, L.L.C.
3101 Castle Rock Road
Oklahoma City, OK 73120


Third Coast Underwriters
Carol Stream, IL 60197


Tlf Northwest Corporate Park X, Llc
62302 Collections Center Drive
Chicago, IL 60693


Todd Mortellaro
1714 South Chesterfield
Arlington Heights, IL 60005


Torgerson Farms Partnership
Ethridge, MT 59435


Towne Realty, Inc.
710 North Plankinton Avenue
Milwaukee, WI 53203


Tp Chicago LLC
40 Morris Ave,    Suite 230
BRYN MAWR
Bryn Mawr, PA 19010


Transaction Tax Resources, Inc
3850 Northeast Three Mile Lane
McMinnville, OR 97128


Transgroup Express, Llc
18850 8Th Avenue South
Seattle, WA 98148


Uhy Advisors Mo, Inc
15 Sunnen Drive
Saint Louis, MO 63143


Unifirst Holdings, L.P.
4210 S.E. 22Nd Ave.
Amarillo, TX 79103

Unishippers
935 National Parkway
Schaumburg, IL 60173


Upe, Inc
3401 Brecksville Road
Richfield, OH 44286


Ups
Lockbox 577
Carol Stream, IL 60132-0577


Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134


Vast Broadband
5100 South Broadband Lane
Sioux Falls, SD 57108


Verizon Wireless # 485047954
Lehigh Valley, PA 18002-5505


Vic'S Crane & Heavy Haul, Inc
3000 145Th Street East
Rosemount, MN 55068


Village of Mount Prospect
50 S Emerson St
Mount Prospect, IL 60056


Wagstaff Crane Services Llc
4315 South Commerce Drive
Murray, UT 84107


Wanhe Filtration, Inc
19 Clifford Street
Detroit, MI 48226


Wanzek Construction, Inc.
4850 32Nd Avenue South
Fargo, ND 58104

Werge Law Llc
2231 North Gaylord Street
Denver, CO 80205


Western Metal Products, Llc
2613 Highway 97
Ellensburg, WA 98926


Woodward Inc
1000 East Drake Road
Fort Collins, CO 80525


Wright Express
Po Box 639
Portland, ME 04104


Wyoming Department of Revenue
122 W 25th St
Suite E301
Cheyenne, WY 82002-0110


Xo Communications Services Llc
Po Box 15043
Albany, NY 12212-5043


Zeifmans, Llp
201 Brdigeland Avenue
Toronto, Ontario M6A 1Y7
CANADA


Zf Services  Llc
777 Hickory Hills Drive
Vernon Hills, IL 60061


Zf Wind Power Antwerpen Nv
Leonardo Da Vincilaan 1, 2650 Edege
Antwerp,Belgium 2650
BELGIUM