**Fill in this information to identify the case:**

Debtor name    Suzlon Wind Energy Corp

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    21-07923

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.    Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    Security Deposit For Triangle Plaza Chicago, Illinois Office Lease      $400,000.00

| | |
|---|---|
| COM ED # 3159774010 | 7,440 |
| COM ED # 56271 60020 | 4,385 |
| NOVA SCOTIA POWER INC | 3,920 |
| NICOR GAS  23-69-04-6195 | 3,844 |
| TOWNE REALTY, INC. | 26,600 |
| LAWSON INVESTMENTS | 1,500 |

7.2.    47,690      $47,690.00

7.3.    Commercial deposit with Chase Bank      $20,000.00

7.4.    Chase Credit Cards for insurance      $50,000.00

| Debtor | Suzlon Wind Energy Corp | Case number *(if known)* 21-07923 |
|---|---|---|
| | Name | |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                                                    $517,690.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11b. Over 90 days old:          450,000.00      -      225,000.00  =....          $225,000.00
                            face amount              doubtful or uncollectible accounts

12.      **Total of Part 3.**                                                                                    $225,000.00
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.      Raw materials | | | | |
| 20.      Work in progress | | | | |
| 21.      Finished goods, including goods held for resale Wind Turbine Parts: 40 Blades & Misc. parts in Corpus Crispy, Texas and Pipestone, Minnesota | | | | |
| Rotors & electrical or mechanical parts in Elgin, Illinois and Dumas, Texas | | $0.00 | Liquidation | $500,000.00 |

22.      **Other inventory or supplies**

23.      **Total of Part 5.**                                                                                    $500,000.00
Add lines 19 through 22.  Copy the total to line 84.

24.      **Is any of the property listed in Part 5 perishable?**
■ No

| Debtor | Suzlon Wind Energy Corp | Case number (If known) | 21-07923 |
|---|---|---|---|
| | Name | | |

☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture**<br>Office Furniture located in Chicago & Elgin, Illinois | $0.00 | Liquidation | $55,000.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $55,000.00 |
|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☐ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | Suzlon Wind Energy Corp | | Case number *(If known)* 21-07923 |
|---|---|---|---|
| | Name | | |

**47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | 1 Hyster Fork Lift located Pipestone, Minnesota | $0.00 | Liquidation | $50,000.00 |
| 47.2. | 2015 RAM 1500 4x4 Crew Cab - VIN 3C6RR7KT7FG711297 located Pipestone, MN | $0.00 | | Unknown |
| 47.3. | 2019 Chevrolet Silverado 2500HD 4x4 crew cab - VIN 1GC1KREY4KF228200 located in Oklahoma | $0.00 | | Unknown |
| 47.4. | 2019 Chevrolet Silverado 1500HD 4x4 crew cab - VIN 1GC1KREY1KF230065 located (likley) in Oregon | $0.00 | | Unknown |
| 47.5. | 2017 Chevrolet Silverado 2500HD 4x4 crew cab - VIN 1GC1KUEG9HF182737 located (likely) in Arizona | $0.00 | | Unknown |
| 47.6. | 2008 Ford E-350 Super Duty XLT extended wagon - VIN 1FBSS31L58DB37697 located in Illinois | $0.00 | | Unknown |
| 47.7. | 2015 RAM 1500 4x4 crew cab - VIN 3C6RR7KT0FG711299 (client-owned with products) located (likely) in Canada | $0.00 | | Unknown |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Installtion Tools and Equipment  Located  Elgin, Illinois; Pipestone, Minnesota; Port Corpus Christi, Texas and Guymon, Oklahoma    $0.00    Liquidation    $50,000.00

**51.**    **Total of Part 8.**                                                                            $100,000.00
Add lines 47 through 50.  Copy the total to line 87.

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Suzlon Wind Energy Corp | Case number *(If known)* 21-07923 |
|---|---|---|
| | Name | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets<br>Registered Trademark "Suzlon" | Unknown | | $0.00 |

| | | |
|---|---|---|
| 61. | Internet domain names and websites | |
| 62. | Licenses, franchises, and royalties | |
| 63. | Customer lists, mailing lists, or other compilations | |
| 64. | Other intangibles, or intellectual property | |
| 65. | Goodwill | |
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | $0.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | Notes receivable<br>Description (include name of obligor) | |
| 72. | Tax refunds and unused net operating losses (NOLs)<br>Description (for example, federal, state, local) | |

| Debtor | Suzlon Wind Energy Corp | Case number *(If known)* 21-07923 |
|---|---|---|
| | Name | |

| | Tax year | |
|---|---|---|
| Canadian HST and Tax refunds for 2020 | Tax year 2020 | $100,000.00 |
| State of Idaho Sales and Use Tax Refund | Tax year | $27,000.00 |
| Refund from Wyoming State | Tax year | $193.00 |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    | $127,193.00 |
    |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Debtor | Suzlon Wind Energy Corp | Case number *(If known)* | 21-07923 |
| --- | --- | --- | --- |
| | Name | | |

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $517,690.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $225,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $500,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $55,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $100,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $127,193.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,524,883.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,524,883.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name ___Suzlon Wind Energy Corp___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) ___21-07923___

☐ Check if this is an
  amended filing

---

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | Enterprise Fleet Management | | |
|---|---|---|---|

Creditor's Name

PO Box 800089
Kansas City, MO 64180-0089

Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2015 RAM 1500 4x4 Crew Cab - VIN 3C6RR7KT7FG711297
located Pipestone, MN

**Describe the lien**
Motor Vehicle Lease Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **Unknown**   Value of collateral: **Unknown**

---

| 2.2 | Enterprise Fleet Management | | |
|---|---|---|---|

Creditor's Name

PO Box 800089
Kansas City, MO 64180-0089

Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
2019 Chevrolet Silverado 2500HD 4x4 crew cab - VIN 1GC1KREY4KF228200
located in Oklahoma

**Describe the lien**
Motor Vehicle Lease Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **Unknown**   Value of collateral: **Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Enterprise Fleet Management | **Describe debtor's property that is subject to a lien** | $0.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | 2019 Chevrolet Silverado 1500HD 4x4 crew cab | | |

**Describe debtor's property that is subject to a lien**
2019 Chevrolet Silverado 1500HD 4x4 crew cab
- VIN 1GC1KREY1KF230065
located (likley) in Oregon

PO Box 800089
Kansas City, MO 64180-0089
Creditor's mailing address

**Describe the lien**
Motor Vehicle Lease Agreement

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Enterprise Fleet Management | | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
2017 Chevrolet Silverado 2500HD 4x4 crew cab
- VIN 1GC1KUEG9HF182737
located (likely) in Arizona

PO Box 800089
Kansas City, MO 64180-0089
Creditor's mailing address

**Describe the lien**
Motor Vehicle Lease Agreement

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Enterprise Fleet Management | **Describe debtor's property that is subject to a lien** | $0.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | 2008 Ford E-350 Super Duty XLT extended | | |

**Describe debtor's property that is subject to a lien**
2008 Ford E-350 Super Duty XLT extended
wagon - VIN 1FBSS31L58DB37697
located in Illinois

PO Box 800089
Kansas City, MO 64180-0089
Creditor's mailing address

**Describe the lien**
Motor Vehicle Lease Agreement

**Is the creditor an insider or related party?**
■ No

---

Debtor   **Suzlon Wind Energy Corp**                                           Case number (if known)   21-07923
_____
Name

Creditor's email address, if known   _____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Exim Bank - London Branch** | **Describe debtor's property that is subject to a lien** | $5,050,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

5th floor, 35 King Street
London   EC2V 8BB
UNITED KINGDOM
_____
Creditor's mailing address

Control Account Over Accounts Generated from
Operations and Maintenance Service Accounts

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known   _____

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** _____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **HYG Financial Services Inc.** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

800 Walnut Street
Des Moines, IA 50309
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known   _____

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** _____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | HYZ Financial Services, Inc | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor  **Suzlon Wind Energy Corp**                    Case number (if known)   21-07923

Name

Creditor's Name

PO Box 014545
Des Moines, IA 50306-3545

Creditor's mailing address                    **Describe the lien**

notification@securemail.finan
cialservicing.net                             **Is the creditor an insider or related party?**

Creditor's email address, if known            ■ No
                                              ☐ Yes

                                              **Is anyone else liable on this claim?**

**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an              As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply

■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.9 | Tp Chicago LLC | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |

Creditor's Name

40 Morris Ave,   Suite 230
BRYN MAWR
Bryn Mawr, PA 19010

Creditor's mailing address                    **Describe the lien**

                                              **Is the creditor an insider or related party?**

                                              ■ No
Creditor's email address, if known            ☐ Yes

                                              **Is anyone else liable on this claim?**

**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an              As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply

■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.       $5,050,000.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line In Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Chen Law Firm<br>c/o Gerlad Lurie<br>209 S. LaSalle St., Suite 950<br>Chicago, IL 60604 | Line  2.9 | |

| Fill in this information to identify the case: |
|---|
| Debtor name __Suzlon Wind Energy Corp__ |
| United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__ |
| Case number (if known) __21-07923__ |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>3D Engineered Solutions, Inc.<br>514 Main Street<br>Hull, IA 51239 | $11,164.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>A & B Welding & Construction, Inc.<br>8021 199Th Avenue Nw<br>Elk River, MN 55330 | $156,128.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>A Star Investments Inc<br>14 Havenshore Ln<br>Sugar Land, TX 77479 | $1,178.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>A. W. Leil Cranes & Equipment Limit<br>137 Joseph Zatzman Drive<br>Dartmouth, Nova Scotia B3B 1W1<br>CANADA | $52,229.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,236.48 |
|---|---|---|---|

Abb Motors And Mechanical Inc
5711 R.S. Boreham Jr Street
Fort Smith, AR 72901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,195.00 |
|---|---|---|---|

Abex Infoway (Europe) Ltd.
Unit-1 Sherbourne House, 25 Northol
Harrow, Middlesex HA2 0LH
ENGLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,559.00 |
|---|---|---|---|

Adolf Thies Gmbh And Co Kg
Haupstr, 76
Gottingen, Germany 37083
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172,206.00 |
|---|---|---|---|

Ae- Rotor Holding Bv
Hengelo(Ov) The Netherlands
Utrecht, The Netherlands 9999 AA
THE NETHERLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,468.00 |
|---|---|---|---|

Agriwind Holdings, LLC
549 South Street
Quincy, MA 01269

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,868.00 |
|---|---|---|---|

Allied Electronics, Inc.
7151 Jack Newell Blvd S
Fort Worth, TX 76118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,250.00 |
|---|---|---|---|

Alltite Inc
1600 East Murdock
Wichita, KS 67214-3477

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95,900.00 |
|---|---|---|---|

Altura Wind Services LLC
1219 E Broadway  Street
Sweetwater, TX 79556

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

American Repair Technology LLC
12206 North Burntwater Road
Fort Mcdowell, AZ 85264

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,852.00 |
|---|---|---|---|

Amsoil Inc
925 Tower Ave
Superior, WI 54880

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Amsoil Inc
4148 Solutions Center
Chicago, IL 60677

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Andy Cukurs
404 South Dryden Place
Arlington Heights, IL 60005

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

Applications International Corporat
10920 Via Frontera
San Diego, CA 92127

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $624.38 |
|---|---|---|---|

Aramark Refreshment Service
1851 Howard Street
Elk Grove Village, IL 60007

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Arcosa, Inc.<br>500 N. Akard Street<br>Suite 400<br>Dallas, TX 75201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Arizona Department of Revenue<br>PO Box 29079<br>Phoenix, AZ 85038 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,780.00 |
|---|---|---|---|
| | Atomic Industrial Machine, Inc<br>365 Kent Avenue<br>Elk Grove Village, IL 60007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,000.00 |
|---|---|---|---|
| | Ats Specialized Inc.<br>725 Opportunity Drive<br>Saint Cloud, MN 56301-5886 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,745.00 |
|---|---|---|---|
| | Auxilius Heavy Industries<br>10 Tall Oak Lane<br>West Lafayette, IN 47906 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,142.00 |
|---|---|---|---|
| | Avanti Wind Systems, Inc<br>11311 West Forest Home Avenue<br>Franklin, WI 53132 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,998.00 |
|---|---|---|---|
| | Barr Fabrication Field Svc, LLC<br>4501 Danhill Drive<br>Brownwood, TX 76801 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32,908.00 |
|---|---|---|---|

Bartlett Bearing Co, Inc
10901 Decatur Road
Philadelphia, PA 19154

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,335.00 |
|---|---|---|---|

Baumer Ltd
122 Spring Street    C6
Southington, CT 06489

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,448.00 |
|---|---|---|---|

Birlasoft Solutions, Inc
399 Thornall Street
Edison, NJ 08837

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $94,425.00 |
|---|---|---|---|

Blue Cross Blue Shield Of Illinois
Box 891134
1501 N. Plano Rd
Richardson, TX 75081

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $576.00 |
|---|---|---|---|

Bonfiglioli Usa Inc
Po Box 772429
Detroit, MI 48277-2429

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Borsheim Builders Supply Inc.
857 Main Ave. West
PO Box 678
West Fargo, ND 58078

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $265,803.00 |
|---|---|---|---|

Borsheim Crane Service LLC
PO Box 678
West Fargo, ND 58078

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316,429.00 |
|---|---|---|---|

Bragg Crane Service
6251 Paramount Blvd
Long Beach, CA 90805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,980.00 |
|---|---|---|---|

Centa Corporation
511 West Freshwater Way
Milwaukee, WI 53204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,490.00 |
|---|---|---|---|

Centerpoint Energy - 8000054865-3
PO Box 4671
Houston, TX 77210-4671

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

Challenger, Gray & Christmas Inc
150 South Wacker Drive
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.00 |
|---|---|---|---|

Chase Business Credit Card
PO Box 15918
Mail Suite DE1-1404
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,851.00 |
|---|---|---|---|

Choctaw-Kaul Distribution
3540 Vinewood Street
Detroit, MI 48208-2363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,626.00 |
|---|---|---|---|

Cintas Corporation
Po Box 625737
Cincinnati, OH 45262-5737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>City Of Guymon<br>219 N.W. 4Th Street<br>Guymon, OK 73942-4798 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>Cle Power<br>3240 Oakwood Lane<br>Westlake, OH 44145 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,693.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address**<br>Clearfreight Inc.<br>1960 E. Grand Ave., Suite 700<br>El Segundo, CA 90245 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,535.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>Cohnreznick Llp<br>3560 Lenox Road  Northeast<br>Atlanta, GA 30326-4276 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>Cojo Industrial Sales<br>605 Ne  4Th  Street<br>Guymon, OK 73942 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address**<br>Com Ed<br>1N301 Swift Rd<br>Lombard, IL 60148 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,762.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number**  0020 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address**<br>Com Ed<br>1N301 Swift Road<br>Lombard, IL 60148 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,223.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number**  4010 | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,862.00 |
|---|---|---|---|

Comfort Suites - Elgin
2480 Bushwood Drive
Elgin, IL 60124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,223.00 |
|---|---|---|---|

Composites One, Llc
85 West Algonquin Road
Arlington Heights, IL 60005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,223.00 |
|---|---|---|---|

Composites One, Llc
4526 Payshere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,536.42 |
|---|---|---|---|

Concur Technologies Inc
18400 Ne Union Hill Road
Redmond, WA 98052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,075.00 |
|---|---|---|---|

Cooke Electrical Contracting, Inc
1000 North Forest
Amarillo, TX 79106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Corporate Tax
PO Box 750260
Topeka, KS 66699-0260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163,844.00 |
|---|---|---|---|

Coyote Logistics, Llc
2545 West Diversy Ave
Chicago, IL 60647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,537.00 |
|---|---|---|---|

**3.54**
Nonpriority creditor's name and mailing address
Crst Malone Inc
1901 Floyd Bradford Road
Trussville, AL 35173

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$28,537.00

---

**3.55**
Nonpriority creditor's name and mailing address
Dale Barber
10175 Fm 3138
Channing, TX 79018

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$8,750.00

---

**3.56**
Nonpriority creditor's name and mailing address
Delaware Division of Revenue
820 N. French Street
Wilmington, DE 19801

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.57**
Nonpriority creditor's name and mailing address
Delta Dental Of Illinois - Asc
111 Shuman Blvd
Naperville, IL 60563

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$4,159.00

---

**3.58**
Nonpriority creditor's name and mailing address
Demag Cranes & Components Corp
29201 Aurora Road
Solon, OH 44139

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$35,643.00

---

**3.59**
Nonpriority creditor's name and mailing address
Dickinson, Mackaman, Tyler & Hagen
Suite 1600 699 Walnut Street
Des Moines, IA 50309

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,500.00

---

**3.60**
Nonpriority creditor's name and mailing address
Digging & Rigging, Inc.
6037 Buffalo Road
Mt. Airy, MD 21770

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$325,230.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|--------|------------------------|------------------------|----------|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,636.00 |
|------|--|--|--|

Enterprise Fleet Services
PO Box 800089
Kansas City, MO 64180-0089

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.00 |
|------|--|--|--|

Esm Energie- Und Schwingungstechnik
Energiestra e 1, Heppenheim
Heppenheim, Hesse, 64646
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,920.00 |
|------|--|--|--|

Evans Enterprises, Inc
2999 East Ainsworth Street
Pasco, WA 99301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,310.00 |
|------|--|--|--|

Exelon Wind Llc
300 Exelon Way
Kennett Square, PA 19348

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,049.00 |
|------|--|--|--|

Exxonmobil Oil Corp
800 Bell Street
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $523.00 |
|------|--|--|--|

Fastenal / Na
250 Sundown Road
South Elgin, IL 60177

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--|--|--|

Fedex Trade Networks
6075 Poplar Ave., Suite 300
3rd Floor
Memphis, TN 38119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 6314

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|--------|-------------------------|------------------------|----------|
|        | Name |  |  |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,983.00 |
|------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|

Flender Corporation
1401 Madeline Lane
Elgin, IL 60124

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,809.00 |
|------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|

Flodyne/Hydradyne
1000 Muirfield Drive
Hanover Park, IL 60133

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0500

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,016.00 |
|------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|

Freeborn & Peters, LLP
311 South Wacker Drive
Chicago, IL 60606

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $402.00 |
|------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|

Golden Precision Products P Ltd
Wadaia
Mumbai, Maharashtra, 400031
INDIA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|

Grant County
PO Box 8809
Minneapolis, MN 55408

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $702.00 |
|------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|

Groot, Inc
1330 Gasket Drive
Elgin, IL 60120-7543

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,670.00 |
|---|---|---|---|

Guardian Insurance
550 W. Jackson, 8Th Floor
Chicago, IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,083.00 |
|---|---|---|---|

H & N Electric
4224  East  B  Street
Pasco, WA 99301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,934.00 |
|---|---|---|---|

Hailo, LLC
1395 Mineral Spring Road
Elberton, GA 30635

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,720.00 |
|---|---|---|---|

Hartley County Appraisal District
PO Box 405
Hartley, TX 79044-0405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150,970.00 |
|---|---|---|---|

Harvest Energy Services, Inc
500 Zang Street
Broomfield, CO 80021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,393.00 |
|---|---|---|---|

Helukabel USA
1201 Wesemann Drive
West Dundee, IL 60118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $128,789.00 |
|---|---|---|---|

Hitachi Chemical Energy Technology
4008 Clay Avenue
Haltom City, TX 76117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,601.00 |
|---|---|---|---|

Hocking International Laboratories
PO Box 462785
Escondido, CA 92046-2785

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $79,175.00 |
|---|---|---|---|

Hydac Technology Corp
2260 City Line Road
Bethlehem, PA 18017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42,605.00 |
|---|---|---|---|

Hytorc - Division Of Unex Corp
333   Route 17 North
Mahwah, NJ 07430

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Idaho State Tax Commission
PO Box 56
Boise, ID 83756-0056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794-9006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Indiana Department of Revenue
PO Box 7087
Indianapolis, IN 46207-7087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $171,402.00 |
|---|---|---|---|

Ingeteam Power Technology, Sa
Parque Tecnologico De Bizkaia
Zamudio 48170
SPAIN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|--------|-------------------------|------------------------|----------|
| | Name | | |

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $72,899.00 |
|---|---|---|---|
| | Integrated Power Services LLC | ☐ Contingent | |
| | 3 Independence Pointe | ☐ Unliquidated | |
| | Greenville, SC 29615 | ☐ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Internal Revenue Service | ☐ Contingent | |
| | Ogden Service Center | ☐ Unliquidated | |
| | Ogden, UT 84201-0059 | ☐ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Iowa Income Tax | ☐ Contingent | |
| | Document Processing | ☐ Unliquidated | |
| | PO Box 9187 | ☐ Disputed | |
| | Des Moines, IA 50306-9187 | | |
| | **Date(s) debt was incurred __** | | |
| | | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $89,077.00 |
|---|---|---|---|
| | Ipfs Corporation | ☐ Contingent | |
| | 24722 Network Place | ☐ Unliquidated | |
| | Chicago, IL 60673-1247 | ☐ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $38,013.00 |
|---|---|---|---|
| | Ixys Semiconductor Gmbh | ☐ Contingent | |
| | Lampertheim, Germany 68623 | ☐ Unliquidated | |
| | GERMANY | ☐ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $170,010.00 |
|---|---|---|---|
| | Jensen Crane Services | ☐ Contingent | |
| | 5550 Ne  22Nd Street | ☐ Unliquidated | |
| | Des Moines, IA 50313 | ☐ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,220.00 |
|---|---|---|---|
| | K H Law, Llc | ☐ Contingent | |
| | 225 West Washington | ☐ Unliquidated | |
| | Chicago, IL 60606 | ☐ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
| | Name | | |

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,568.00

Kluber Lubrication NA LP
32 Industrial Drive
Londonderry, NH 03053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $400.00

Knorr Tec
Kapellenbergstrasse 34, Beratzhausen
Regensburg, Bavaria, 93176
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,525.00

Konica Minolta
21146   Network Place
Chicago, IL 60673-1211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,005.00

Konica Minolta Business  (Cad)
3450 Superior Court, Unit 1
Oakville, Ontario L6L 0C4
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Konica Minolta Business Solutions U
Dept Ch 19188
Palatine, IL 60055-9188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23,015.00

Ktr Corporation
122 Anchor Road
Michigan City, IN 46360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,040.00

Lapp Systems Usa, Inc.
29 Hanover Road
Florham Park, NJ 07932

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|--------|--------------------------|------------------------|----------|
|        | Name |  |  |

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,500.00 |
|-------|---|---|---|

Lawson Investments
PO Box 187
Stanberry, MO 64489

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,000.00 |
|-------|---|---|---|

Lewis Brisbois Bisgaard & Smith
Suite 4000 633 West 5Th Street
Los Angeles, CA 90071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,689.00 |
|-------|---|---|---|

Lincoln Industrial Corporation
One Lincoln Way
Saint Louis, MO 63120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $337.00 |
|-------|---|---|---|

Lockton Companies, LLC
444 West 47Th Street
Kansas City, MO 64112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,618.00 |
|-------|---|---|---|

Logmein Usa, Inc
320 Summer Street
Boston, MA 02210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|-------|---|---|---|

Lowis & Gellen, LLP
175 West Jackson Boulevard
Chicago, IL 60604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,373.00 |
|-------|---|---|---|

Lti Motion Gmbh
Gewerbestrabe 5-9
Lahnau, Hesse, 35633
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,435.00 |
|---|---|---|---|

**3.110**

**Nonpriority creditor's name and mailing address**
Lund & Sorensen A/S
Maserativej 4
Vejle, Denmark 7100
DENMARK

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$12,435.00

---

**3.111**

**Nonpriority creditor's name and mailing address**
M C Cattle Company
417 Main Ave.
Gruver, TX 79040

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$2,300.00

---

**3.112**

**Nonpriority creditor's name and mailing address**
Marshall Wind Farm LLC et al.
N4145 County Road D
Arkansaw, WI 54721

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$129,997.10

---

**3.113**

**Nonpriority creditor's name and mailing address**
Maxim Crane Works
4389 Solutions Center
Chicago, IL 60677-4003

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$400,687.00

---

**3.114**

**Nonpriority creditor's name and mailing address**
Medavie Blue Cross
644 Main Street
Moncton, New Brunswick E1C 8L3
CANADA

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

$1,737.00

---

**3.115**

**Nonpriority creditor's name and mailing address**
Mersen Canada Dn Ltd.
225 Harwood Blvd.
VAUDREUIL-DORION, Quebec, J7V 1Y3
CANADA

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$26,253.00

---

**3.116**

**Nonpriority creditor's name and mailing address**
Midpoint Bearing
1155 West Brooks Street
ONTARIO 91762-0000
CA

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$24,103.00

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

**3.117**

Nonpriority creditor's name and mailing address
Minnesota Revenue
600 N. Robert St.
Saint Paul, MN 55146

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.118**

Nonpriority creditor's name and mailing address
Missouri Department of Revenue
PO Box 700
Jefferson City, MO 65105-0700

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.119**

Nonpriority creditor's name and mailing address
Mobile Solids Solutions
208 West Mud Pike
Rockwood, PA 15557

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$6,000.00

**3.120**

Nonpriority creditor's name and mailing address
Molded Fiber Glass South Dakota
1401  North Brown County  19
Aberdeen, SD 57401

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,143.00

**3.121**

Nonpriority creditor's name and mailing address
Moog Inc
2200 South Main Street
Blacksburg, VA 24060

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$45,000.00

**3.122**

Nonpriority creditor's name and mailing address
Moore County and Entities
  Collected by Moore County
PO Box 616
Dumas, TX 79029

Date(s) debt was incurred __
Last 4 digits of account number  1557

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.123**

Nonpriority creditor's name and mailing address
Moore County Tax Assessor

Dumas, TX 79029-0616

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$11,922.00

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$69,627.00**

Morgan Am&T
Po Box 1056
Greenville, SC 29602

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,424.00**

Motion Industries, Inc.
Po Box 98412
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,673.00**

Mountain Crane Service
393 South 2650 West
Salt Lake City, UT 84104

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,961.00**

Moventas Gears Canada Ltd
1615 Bishop Street North
Cambridge, Ontario N1R 7J4
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Msdsonline, Inc.
27185 Network Place
Chicago, IL 60673-1271

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,880.00**

Mubea Precision Springs, Inc
6800 Industrial Road
Florence, KY 41042

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54,120.00**

N.W. Crane Service Inc
81342 Liberty Lane
Hermiston, OR 97838

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   __Suzlon Wind Energy Corp_____   Case number (if known) ___21-07923___
                Name

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,635.00 |
|---|---|---|---|

Ness & Campbell Crane Inc
5730 Ne 138Th Ave
Portland, OR 97230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $377.00 |
|---|---|---|---|

Nickel Construction, Inc.
36821 575Th Ave
Mountain Lake, MN 56159

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Nicor Gas    23-69-04-6195
1844 Ferry Road
Naperville, IL 60563-9600

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37,720.00 |
|---|---|---|---|

Norlen Inc
900 Grossman Drive
Schofield, WI 54476

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $255,385.00 |
|---|---|---|---|

Northwest Crane Service, LLC
1125 40Th Street
Woodward, OK 73801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Northwest Logistics Park Portfolio
1827 Walden Office Square
Suite 590
Schaumburg, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $140,042.00 |
|---|---|---|---|

Norton Rose Fulbright Us  LLP
2200 Ross Avenue
Dallas, TX 75201-7932

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

---

**3.138**

**Nonpriority creditor's name and mailing address**
Nova Scotia Power Inc
Halifax, Nova Scotia, B3J 2V7
CANADA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

$3,920.00

---

**3.139**

**Nonpriority creditor's name and mailing address**
Novo Advisors, LLC
5253 East Bayaud Avenue
Denver, CO 80246

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

$25,000.00

---

**3.140**

**Nonpriority creditor's name and mailing address**
Nrg Systems
110 Riggs Road
Hinesburg, VT 05461

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

$6,114.00

---

**3.141**

**Nonpriority creditor's name and mailing address**
Office of State Tax Commissioner
600 E. Boulevard Ave.
Dept. 127
Bismarck, ND 58505-0599

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

Unknown

---

**3.142**

**Nonpriority creditor's name and mailing address**
Oklahoma Tax Commission
300 N. Broadway Ave
Oklahoma City, OK 73194

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

Unknown

---

**3.143**

**Nonpriority creditor's name and mailing address**
Oregon Department of Revenue
PO Box 14790
Salem, OR 97309-0470

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

Unknown

---

**3.144**

**Nonpriority creditor's name and mailing address**
Panasonic Corporation
1707 North Randall Road
Elgin, IL 60123

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

$811.00

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$186,950.00**

Panhandle Steel Erectors Inc
PO Box 31270
Amarillo, TX 79120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Pennsylvania Department of Revenue
PO Box 280427
Harrisburg, PA 17128-0427

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,640.00**

Pepperl + Fuchs, Inc
1600 Enterprise Parkway
Twinsburg, OH 44087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,500.00**

Port Corpus Christi
222 Power St.
Corpus Christi, TX 78401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,980.00**

Porte Brown LLC
845 Oakton
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,342.00**

Power Climber Wind
365 Upland Drive
Tukwila, WA 98188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,716.00**

Precision Mechanical Inc
12539 Holiday Drive, Unit A
Alsip, IL 60803-3255

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

| 3.152 | **Nonpriority creditor's name and mailing address**<br>Psi Repair Services, Inc.<br>11900 Mayfield<br>Livonia, MI 48150 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,250.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | **Nonpriority creditor's name and mailing address**<br>R & R Express, Inc<br>3 Crafton Square<br>Pittsburgh, PA 15205 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32,784.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address**<br>Renew Energy Maintenance, LLC<br>2520 East River Ridge Place<br>Sioux Falls, SD 57103 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $102,635.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | **Nonpriority creditor's name and mailing address**<br>Renewable Power Generation, LLC<br>10 South Dearborn Street<br>Chicago, IL 60603 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $178,755.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address**<br>Restricted Article Specialists, Inc<br>1033 Fairway Drive<br>Bensenville, IL 60106 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $296.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address**<br>Rimbosh Logistics Ltd<br>815 Boulevard De La Carriere<br>Gatineau, Quebec J8Y 6T4<br>CANADA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $245.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 | **Nonpriority creditor's name and mailing address**<br>Ripley Transportation Company, Inc.<br>102 N Gorman Ave<br>Litchfield, MN 55355 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,960.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

---

**3.159**

**Nonpriority creditor's name and mailing address**
Ritz Safety LLC
755 West Smith Road Suite C
Medina, OH 44256

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$461.00

---

**3.160**

**Nonpriority creditor's name and mailing address**
Rms Cranes, LLC
1961 East 64Th Avenue
Denver, CO 80229

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$75,140.00

---

**3.161**

**Nonpriority creditor's name and mailing address**
Robert Half International, Inc
2613 Camino Ramon
San Ramon, CA 94583

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,220.00

---

**3.162**

**Nonpriority creditor's name and mailing address**
Rocky Mountain Crane Service
135 Crane Lane
Salida, CO 81201

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$38,000.00

---

**3.163**

**Nonpriority creditor's name and mailing address**
Safety-Kleen Systems, Inc.
42 Longwater Drive
Norwell, MA 02061-9149

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,105.00

---

**3.164**

**Nonpriority creditor's name and mailing address**
SAP Concur (Philippines) Inc.
Alphaland Southgate Tower,
Chino Roces Ext cor EDSA, Magallane
Makati City  1213

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.165**

**Nonpriority creditor's name and mailing address**
Scada International, Inc
319 Sw Washington Street
Portland, OR 97204

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,800.00

---

Official Form 206 E/F

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Schain Banks Kenny & Schwartz
70 West Madison Street
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $928.00

Schenker Inc
150 Albany Avenue
Freeport, NY 11520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,800.00

Schuette Metals

Wausau, WI 54402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Secretary of State
501 South 2nd St.,
Room 350
Springfield, IL 62756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,357,825.00

SELM   c/o Navitas Mgmnt. Servics
Navitas House , Robinson Lane
Floreal , Mauritius

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,461.00

Seyfarth Shaw LLP
233 South Wacker Drive
Chicago, IL 60606-6448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
| --- | --- | --- | --- |
| | Name | | |

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,790.00 |
| --- | --- | --- | --- |

**3.173** Nonpriority creditor's name and mailing address
Sgs North America Inc.
101 Corporate Place
Vallejo, CA 94590

As of the petition filing date, the claim is: *Check all that apply.*           $2,790.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174** Nonpriority creditor's name and mailing address
Sioux Valley Energy
Po Box 216
Colman, SD 57017-0216

As of the petition filing date, the claim is: *Check all that apply.*           Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** Nonpriority creditor's name and mailing address
Skf Usa Inc
Po Box 352
Lansdale, PA 19446-0352

As of the petition filing date, the claim is: *Check all that apply.*           $5,666.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176** Nonpriority creditor's name and mailing address
Skylotec North America LP
4845 Pearl East Circle
Boulder, CO 80301

As of the petition filing date, the claim is: *Check all that apply.*           $11,387.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177** Nonpriority creditor's name and mailing address
Sleeping Bear LLC
211 Carnegie Center
Princeton, NJ 08540

As of the petition filing date, the claim is: *Check all that apply.*           $413,827.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.178** Nonpriority creditor's name and mailing address
Smart Blade GMBH
Zuppingerstrasse 14
Ravensburg, Upper Swabia, 88213
GERMANY

As of the petition filing date, the claim is: *Check all that apply.*           $1,413.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.179** Nonpriority creditor's name and mailing address
Softwareone, Inc
20875 Crossroads Circle
Waukesha, WI 53186-4052

As of the petition filing date, the claim is: *Check all that apply.*           $340.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

South Dakota Department of Revenue
445 E. Capitol Avenue
Pierre, SD 57501-3185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $145,704.00 |
|---|---|---|---|

Standard Electric Supply
1400 Michael Drive
Wood Dale, IL 60191

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23,000.00 |
|---|---|---|---|

State Comptroller - Texas
111 E. 17Th Street
Austin, TX 78774-0100

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

State of Washington
Department of Revenue
PO Box 47464
Olympia, WA 98501-7464

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,125.00 |
|---|---|---|---|

Steiner Electric Company
1250 Touhy Avenue
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $127,618.00 |
|---|---|---|---|

Stemmann Technik GMBH
Schuttorf, Germany  48465
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,517.00 |
|---|---|---|---|

Sunbelt Rentals, Inc
2341 Deerfield Drive
Fort Mill, SC 29715

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

---

**3.187**

**Nonpriority creditor's name and mailing address**
Suzlon Energy A/S
Bredskifte Alle 13 8210 Arhus V
Denmark CVR - nr 28101120
DENMARK

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$6,999,407.00

---

**3.188**

**Nonpriority creditor's name and mailing address**
Suzlon Energy Limited
633 Hadapsar Haveli Taluka
Pune, Maharashtra 411028
INDIA

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$237,089.00

---

**3.189**

**Nonpriority creditor's name and mailing address**
Suzlon Energy Limited
Karumathampatti,
Coimbatore, Tamil Nadu, 641659
INDIA

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.190**

**Nonpriority creditor's name and mailing address**
Suzlon Energy Limited
Nalsal,Padubidri - Karkala Road
Post Padubidri, Karnataka 571111
INDIA

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.191**

**Nonpriority creditor's name and mailing address**
Suzlon Energy Limited
Post: Padubidri,
Udupi, Karnataka 574111
INDIA

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.192**

**Nonpriority creditor's name and mailing address**
Suzlon Energy Ltd.
"Suzlon", 5, Shrimali Society,
Ahmedabad, 380009
INDIA

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.193**

**Nonpriority creditor's name and mailing address**
Suzlon Generators  Ltd .
Chakan Ind. Area, Vill:Mahalunge, T
Pune, Maharashtra 410501
INDIA

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$423,940.00

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

---

**3.194**  **Nonpriority creditor's name and mailing address**

Suzlon Global Services Limited
Mumbai, India 400021
INDIA

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$116,214.00

---

**3.195**  **Nonpriority creditor's name and mailing address**

Svendborg Brakes Usa LLC
8955 S. Ridgeline Blvd - Suite 1200
Highlands Ranch, CO 80129

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$18,405.00

---

**3.196**  **Nonpriority creditor's name and mailing address**

Tableau Software, Inc
1621 North  34Th Street
Seattle, WA 98103

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$900.00

---

**3.197**  **Nonpriority creditor's name and mailing address**

Taxation Revenue & New Mexico
1100 South St. Francis Drive
Santa Fe, NM 87505

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.198**  **Nonpriority creditor's name and mailing address**

Tetra Tech, Inc
3475 East Foothill Blvd
Pasadena, CA 91107

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$37,407.00

---

**3.199**  **Nonpriority creditor's name and mailing address**

Texas Comptroller of Public Account
PO Box 13528
Capitol Station
Austin, TX 78711-3528

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.200**  **Nonpriority creditor's name and mailing address**

Texas County Treasurer
PO Bo 509
Guymon, OK 73942

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$8,286.00

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

---

**3.201** | **Nonpriority creditor's name and mailing address**
Texas County Treasurer
PO Box 509
Guymon, OK 73942

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.202** | **Nonpriority creditor's name and mailing address**
Tgm Land Development, L.L.C.
3101 Castle Rock Road
Oklahoma City, OK 73120

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$11,900.00**

---

**3.203** | **Nonpriority creditor's name and mailing address**
Third Coast Underwriters

Carol Stream, IL 60197

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$30,233.00**

---

**3.204** | **Nonpriority creditor's name and mailing address**
Tlf Northwest Corporate Park X, Llc
62302 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$203,035.00**

---

**3.205** | **Nonpriority creditor's name and mailing address**
Todd Mortellaro
1714 South Chesterfield
Arlington Heights, IL 60005

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.206** | **Nonpriority creditor's name and mailing address**
Torgerson Farms Partnership

Ethridge, MT 59435

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,411.00**

---

**3.207** | **Nonpriority creditor's name and mailing address**
Towne Realty, Inc.
710 North Plankinton Avenue
Milwaukee, WI 53203

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$26,600.00**

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

---

**3.208**

**Nonpriority creditor's name and mailing address**
Transaction Tax Resources, Inc
3850 Northeast Three Mile Lane
McMinnville, OR 97128

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No  ☐ Yes

$1,500.00

---

**3.209**

**Nonpriority creditor's name and mailing address**
Transgroup Express, LLC
18850 8Th Avenue South
Seattle, WA 98148

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No  ☐ Yes

$67,094.00

---

**3.210**

**Nonpriority creditor's name and mailing address**
Uhy Advisors Mo, Inc
15 Sunnen Drive
Saint Louis, MO 63143

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No  ☐ Yes

$2,500.00

---

**3.211**

**Nonpriority creditor's name and mailing address**
Unifirst Holdings, L.P.
4210 S.E. 22Nd Ave.
Amarillo, TX 79103

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No  ☐ Yes

$12,709.00

---

**3.212**

**Nonpriority creditor's name and mailing address**
Unishippers
935 National Parkway
Schaumburg, IL 60173

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No  ☐ Yes

$478,374.00

---

**3.213**

**Nonpriority creditor's name and mailing address**
Upe, Inc
3401 Brecksville Road
Richfield, OH 44286

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No  ☐ Yes

$5,220.00

---

**3.214**

**Nonpriority creditor's name and mailing address**
Ups
Lockbox 577
Carol Stream, IL 60132-0577

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No  ☐ Yes

Unknown

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Vast Broadband
5100 South Broadband Lane
Sioux Falls, SD 57108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,677.00

Verizon Wireless # 485047954

Lehigh Valley, PA 18002-5505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $64,699.00

Vic'S Crane & Heavy Haul, Inc
3000  145Th Street East
Rosemount, MN 55068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Village of Mount Prospect
50 S Emerson St
Mount Prospect, IL 60056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _2676_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $314,591.00

Wagstaff Crane Services LLC
4315 South Commerce Drive
Murray, UT 84107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,040.00

Wanhe Filtration, Inc
19 Clifford Street
Detroit, MI 48226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Suzlon Wind Energy Corp**    Case number (if known)    21-07923
_____
Name

| | | |
|---|---|---|
| **3.222** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $200,000.00 |

**3.222**

Nonpriority creditor's name and mailing address
Wanzek Construction, Inc.
4850  32Nd Avenue South
Fargo, ND 58104

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $200,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.223**

Nonpriority creditor's name and mailing address
Werge Law Llc
2231 North Gaylord Street
Denver, CO 80205

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $1,516.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.224**

Nonpriority creditor's name and mailing address
Western Metal Products, LLC
2613 Highway 97
Ellensburg, WA 98926

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $5,485.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.225**

Nonpriority creditor's name and mailing address
Woodward Inc
1000 East Drake Road
Fort Collins, CO 80525

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $45,668.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.226**

Nonpriority creditor's name and mailing address
Wright Express
Po Box 639
Portland, ME 04104

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $13,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.227**

Nonpriority creditor's name and mailing address
Wyoming Department of Revenue
122 W 25th St
Suite E301
Cheyenne, WY 82002-0110

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.228**

Nonpriority creditor's name and mailing address
Xo Communications Services LLC
Po Box 15043
Albany, NY 12212-5043

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $1,288.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
|---|---|---|---|
| | Name | | |

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,390.00 |
|---|---|---|---|

Zeifmans, LLP
201 Brdigeland Avenue
Toronto, Ontario M6A 1Y7
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,532.00 |
|---|---|---|---|

Zf Services  LLC
777 Hickory Hills Drive
Vernon Hills, IL 60061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238,000.00 |
|---|---|---|---|

Zf Wind Power Antwerpen Nv
Leonardo Da Vincilaan 1, 2650 Edege
Antwerp,Belgium 2650
BELGIUM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Barack Ferrazzano Kirschbaum et al<br>Roger Stetson and Nicholas Laird<br>200 W. Madison St., #3900<br>Chicago, IL 60606 | Line  3.136<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Clark Hill PLC<br>Timothy R. Herman<br>130 E. Randolph St., #3900<br>Chicago, IL 60601 | Line  3.184<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Foster Graham Milstein & Calisher<br>Steven Wienczkowski<br>360 S. Garfield St., 6th Floor<br>Denver, CO 80209 | Line  3.160<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Fredrikson & Byron, P.A.<br>51 Broadway<br>Suite 400<br>Fargo, ND 58102 | Line  3.32<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Fredrikson & Byron, P.A.<br>Aron J. Frakes<br>200 S. Sixth Street, #4000<br>Minneapolis, MN 55402 | Line  3.112<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Law Office of Mark E. Abrams<br>1200 N. Ashland Avenue, #1<br>Chicago, IL 60622 | Line  3.185<br>☐ Not listed. Explain ____ | Atty for Stemman<br>Technik |

| Debtor | Suzlon Wind Energy Corp | Case number (if known) | 21-07923 |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.7** Lichtman Eisen Partners, Ltd.
Marc Lichtman
134 N. LaSalle St., #750
Chicago, IL 60602

Line _3.81_

☐ Not listed. Explain ____

_

---

**4.8** Montgomery Little & Soran
Jason Kennedy & Robin Jackson
5445 DTC Parkway, #800
Englewood, CO 80111

Line _3.162_

☐ Not listed. Explain ____

_

---

**4.9** Patrick Schuette
Johnson, Blumberg & Assoc.
230 W. Monroe, Suite 1125
Chicago, IL 60606

Line _3.60_

☐ Not listed. Explain ____

Atty for Digging a
nd Rigging

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 19,267,588.38 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 19,267,588.38 |

**Fill in this information to identify the case:**

Debtor name: __Suzlon Wind Energy Corp__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known): __21-07923__

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Coffee Machine | |
|---|---|---|---|
| | State the term remaining | | Aramark Refreshment Services |
| | List the contract number of any government contract | | 1851 Howard St. Suite F Elk Grove Village, IL 60007 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Vehicle leases | |
|---|---|---|---|
| | State the term remaining | | Enterprise Fleet Management |
| | List the contract number of any government contract | | PO Box 800089 Kansas City, MO 64180-0089 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Forklift lease - total base value $194,565 Contract End Date 3/14/2022 | |
|---|---|---|---|
| | State the term remaining | 10 months | HYG Financial Services Inc. |
| | List the contract number of any government contract | | 800 Walnut Street Des Moines, IA 50309 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Guymon Oklahoma Facility | |
|---|---|---|---|
| | State the term remaining | | Kelsey White |
| | List the contract number of any government contract | | 3101 Castle Road Road Unit 19 Oklahoma City, OK 73120 |

Debtor 1   **Suzlon Wind Energy Corp**                           Case number *(if known)*   21-07923
    First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Printer leases |
| | State the term remaining | |
| | List the contract number of any government contract | Konica Minolta<br>21146 Network Place<br>Chicago, IL 60673-1211 |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Hocking International - Pipestone Facility |
| | State the term remaining | |
| | List the contract number of any government contract | Krista Cartsberg<br>PO Box 462785<br>Escondido, CA 92046-2785 |

| | | |
|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | Michael Shanahan<br>c/o High Street Logistics<br>1S450 Summit Ave, #250<br>Villa Park, IL 60181 |

| | | |
|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Postage Machine |
| | State the term remaining | |
| | List the contract number of any government contract | Pitney Bowes Global Financial<br>27 Waterview Dr<br>Shelton, CT 06484 |

| | | |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Port Corpus Christi |
| | State the term remaining | |
| | List the contract number of any government contract | Priscilla Torres<br>222 Power St.<br>Corpus Christi, TX 78401 |

| | | |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Triangle Plaza |
| | State the term remaining | |
| | List the contract number of any | Steve Borzillo<br>c/o Alliance Partners HP<br>40 Morris Ave., #230<br>Bryn Mawr, PA 19010 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1   Suzlon Wind Energy Corp
First Name          Middle Name          Last Name

Case number (*if known*)   21-07923

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

government contract

| Fill in this information to identify the case: |
|---|

Debtor name   __Suzlon Wind Energy Corp__

United States Bankruptcy Court for the:   __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known)   __21-07923__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Ae- Rotor Holding Bv | Hengelo(Ov) The Netherlands Utrecht, The Netherlands 9999 AA THE NETHERLANDS | Exim Bank - London Branch | ■ D   2.6<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Mr. Tulsi R. Tanti | One Earth, Opposite Magarpatta City Hadpsar Pune, Maharashtra 411028 INDIA | Exim Bank - London Branch | ■ D   2.6<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Suzlon Energy A/S | Bredskifte Alle 13 8210 Arhus V Denmark CVR - nr 28101120 | Exim Bank - London Branch | ■ D   2.6<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Suzlon Energy Limited | One Earth, Opposit Magarpatta City Hadapsar Pune, Maharashtra 411028 INDIA | Exim Bank - London Branch | ■ D   2.6<br>☐ E/F ____<br>☐ G ____ |

| Debtor | Suzlon Wind Energy Corp | Case number *(if known)* | 21-07923 |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| 2.5 | Suzlon Wind Energy  Nicaragua | Off. of consortium, Taboada & Assoc Avenida Bolivar #1947, Managua NICARAGUA | Exim Bank - London Branch | ■ D    2.6 ☐ E/F _____ ☐ G _____ |

---