Ian S. Landsberg, Esq. (SBN 137431)
ilandsberg@sklarkirsh.com
**SKLAR KIRSH, LLP**
1880 Century Park East, Suite 300
Los Angeles, California 90067
Telephone  (310) 845-6416
Facsimile  (320) 929-4469

Attorneys for Hocking International Laboratories

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| **In re:** | Case No.:  21-07923 |
| **SUZLON WIND ENERGY CORP.,** | Chapter 7 |
| **Debtor.** | |

**REQUEST FOR SPECIAL NOTICE, SERVICE OF PAPERS AND RESERVATION OF RIGHTS**

**TO THE CLERK OF THE COURT AND TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 3017, 4001, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Hocking International Laboratories, landlord for the premises located at 1510 17th Street SW, Building E, approximately 3 acres of storage yard space, and approximately 5,000 square feet of Building B in Pipestone, Minnesota request that notice of all matters in the above-captioned case which require notice to creditors, or to other parties in interest including, without limitation, all notices and papers referred to in Federal Rules of Bankruptcy Procedure 2002, 4001 and 9007, and additionally including, without limitation, copies of any orders, applications, and notices thereof, complaints, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection, or any other documents relating to adversary proceedings or otherwise), any other documents brought before the Court in these cases, whether formal or informal, and notices thereof, complaints, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection, or any other documents relating to adversary proceedings or otherwise), any other documents brought before the Court in these cases, whether formal or informal, and other matters, whether written or oral, and whether transmitted or conveyed by mail, delivery, facsimile, telephone or otherwise, be sent to counsel for Hocking International Laboratories, as follows:

>Ian S. Landsberg, Esq.
>Sklar Kirsh, LLP
>1880 Century Park East, Suite 300
>Los Angeles, CA 90067
>Telephone:   (310) 845-6416
>Facsimile:   (310) 929-4469
>Email:       ilandsberg@sklarkirsh.com

Request is made that the Clerk of the Court and all parties in interest to which this Request for Special Notice is being mailed, place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in this proceeding.  Neither this

Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of Hocking International Laboratories:

    (a)    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court;

    (b)    Right to a trial by jury in any case, controversy or proceeding as to any and all matters so triable, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and regardless of whether such jury trial is pursuant to statute or the United States Constitution;

    (c)    Right to have the reference withdrawn by the United States District Court in any manner or Proceeding subject to mandatory or discretionary withdrawal; and

    (d)    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which Hocking International Laboratories is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved by Hocking International Laboratories, without exception, and without conceding jurisdiction in any way by this filing or by any other participation in this bankruptcy case.

Dated: July 26, 2021                SKLAR KIRSH, LLP

By: _____
Ian S. Landsberg
Attorneys for Hocking International Laboratories