UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 21-07923
Suzlon Wind Energy Corp, )
) Chapter: 7
)
) Honorable Jacqueline Cox
) SELECT IF OUTLYING AREA
Debtor(s) )

**ORDER GRANTING IN PART TRUSTEE'S MOTION TO AUTHORIZE SALE OF PROPERTY, TO AUTHORIZE SALE FREE AND CLEAR OF LIENS, AND TO AUTHORIZE PAYMENT OF AUCTIONEER'S FEES AND EXPENSES, AND CONTINUING MOTION IN PART**

This matter, coming to be heard on the motion of Ariane Holtschlag, not individually, but as chapter 7 trustee for the estate of Suzlon Wind Energy Corp, this court having jurisdiction and due notice being given all parties entitled thereto, this Court orders:

1. The motion is granted as provided herein.
2. The Trustee is permitted to sell the Property (as defined in the motion), in as-is and where-is condition, with no representations made by the Trustee, at auction conducted by American Auction. The Trustee is permitted to sign such documents and enter into such agreements as are necessary to effectuate such sale. Such sale shall be free and clear of any liens, but valid liens shall attach to the proceeds of sale.
3. As to any and all estate property, if any, in the possession of, on the property of, and/or securing the claims of (i)Texas County, Oklahoma and/or (ii) Dale and Mary Barber, respectively, this Motion is continued for status to August 24, 2021, at 1:30 p.m.
4. The Trustee has authority to accept bids for the Property, in whole or in part, prior to public auction, and American Auction is permitted to accept any such pre-bid that it deems commercially reasonable and to provide 10% bid protection to the maker of an accepted pre-bid at the public auction.
5. Without further order, the Trustee is permitted to allow American Auction payment of a 10% buyer's premium on the sale of the Property, payable by the purchasers, and to reimburse American Auction for out-of-pocket expenses incurred by American Auction in its course of selling the Property.
6. The 14-day stay of Federal Rule of Bankruptcy Procedure 6004(h) is not applicable to this order.

Enter:

*Jacqueline B. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 8-10-21

**Prepared by:**
Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602