UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.: 21-07923
Suzlon Wind Energy Corp   )
)   Chapter: 7
)   Honorable Jacqueline P Cox
)
Debtor(s)   )

**ORDER GRANTING TRUSTEE'S MOTION TO AUTHORIZE SALE OF PROPERTY, TO AUTHOIRZE SALE FREE AND CLEAR OF LIENS, AND TO AUTHORIZE PAYMENT OF AUCTIONEER'S FEES**

This matter, coming to be heard at the continued status hearing on the motion of Ariane Holtschlag, not individually but as Trustee for the estate of Suzlon Wind Energy Corp, this court having jurisdiction and due notice being given all parties entitled thereto, this Court orders:

1. The motion is granted as provided herein.
2. The Trustee is permitted to sell, free and clear of liens, all estate property held by Texas County, Oklahoma, at auction conducted by American Auctions, Inc., in as-is and where-is condition, with no representations made by the Trustee. The Trustee is permitted to sign such documents and enter into such agreements as are necessary to effectuate such sale. Such sale shall be free and clear of any liens, but valid liens shall attach to the proceeds of sale.
3. The Trustee has authority to accept bids for the property, in whole or in part, prior to public auction, and American Auction is permitted to accept any such pre-bid that it deems commercially reasonable and to provide 10% bid protection to the maker of an accepted pre-bid at the public auction.
4. Without further order, the Trustee is permitted to allow American Auction payment of a 10% buyer's premium on the sale of the Property, payable by the purchasers, and to reimburse American Auction for out-of-pocket expenses incurred by American Auction in its course of selling the Property.
5. Without further order, the Trustee is permitted to pay an allowed secured claim of Texas County, Oklahoma, within 14 days after all of the following conditions are met: (1) The auction is concluded and the Trustee receives the sale proceeds from her auctioneer, (2) the Trustee files her report of sale, which report shall be filed within 14 days of the Trustee's receipt of the proceeds of sale from the auctioneer; and (3) Texas County, Oklahoma, files its secured claim, and, to the extent that any objection to said claim has been filed, the objection has been resolved. The monies disbursed on account of such allowed secured claim shall not exceed the net recovery received by the estate from such auction, after payment of buyer's premium and reimbursement of expenses as provided above.
6. The 14-day stay of Federal Rule of Bankruptcy Procedure 6004(h) is waived and not applicable.

Enter:   *Jacqueline P. Cox*
_____

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: August 24, 2021

**Prepared by:**

Justin R. Storer (62293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602