# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| **SUZLON WIND ENERGY CORP.,** | ) | Case No. 21-07923 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF FILING

TO:  See attached Service List

    PLEASE TAKE NOTICE that on September 16, 2021, David J. Schwab and the law firm of Ralph, Schwab & Schiever, Chartered, filed with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, via the Court's CM/ECF system the **AMENDED SCHEDULE A/B: ASSETS – REAL AND PERSONAL PROPERTY** and signature pages on behalf of Suzlon Wind Energy Corp., a copy of which are attached hereto.

                                            SUZLON WIND ENERGY CORP.,

                                            By:  /s/ David J. Schwab
                                                    One of Its Attorneys

David J. Schwab  (ARDC NO. 6204333)
RALPH, SCHWAB & SCHIEVER, CHARTERED
3 Hawthorn Parkway, Suite 200
Vernon Hills, IL  60061
Telephone:  (847) 367-9699
Facsimile:  (847) 367-9621
Primary E-mail: djschwab@rsslawoffices.com
Secondary E-mail: jnorton@rsslawoffices.com

9/16/2021 1:21 PM
533704_1:21-1125

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that I caused a true and correct copy of the foregoing Notice of Filing and **AMENDED SCHEDULE A/B: ASSETS – REAL AND PERSONAL PROPERTY** and signature pages identified therein to be served upon the persons listed on the following Service List at their respective e-mail addresses. The remaining parties were served by the CM/ECF electronic noticing system.

/s/ David J. Schwab

## SERVICE LIST

Ariane Holtschlag
FactorLaw
105 W. Madison
Suite 1500
Chicago, IL 60602
aholtschlag@wfactorlaw.com
*Trustee*

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov
*U.S. Trustee*

Justin R. Storer
Law office of William J. Factor, Ltd.
105 W. Madison St.
Suit 1500
Chicago, IL 60602
jstorer@wfactorlaw.com
*Attorney for Trustee*

# United States Bankruptcy Court
## Northern District of Illinois

In re  Suzlon Wind Energy Corp    Case No. 21-07923
Debtor(s)    Chapter 7

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
Schedule A/B

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: 9/16/21

David J. Schwab 6204333
Attorney for Debtor(s)
Ralph, Schwab & Schiever, Chartered
3 Hawthorn Parkway
Suite 370
Vernon Hills, IL 60061
847-367-9699 Fax:847-367-9621
djschwab@rsslawoffices.com

Fill in this information to identify the case:

Debtor name: Suzlon Wind Energy Corp

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 21-07923

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☒ No. Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor    Current value of debtor's interest

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security Deposit For Triangle Plaza Chicago, Illinois Office Lease | $400,000.00 |

| | |
|---|---|
| COM ED # 3159774010 | 7,440 |
| COM ED # 56271 60020 | 4,385 |
| NOVA SCOTIA POWER INC | 3,920 |
| NICOR GAS 23-69-04-6195 | 3,844 |
| TOWNE REALTY, INC. | 26,600 |
| LAWSON INVESTMENTS | 1,500 |

| | | |
|---|---|---|
| 7.2. | 47,690 | $47,690.00 |
| 7.3. | Commercial deposit with Chase Bank | $20,000.00 |
| 7.4. | Chase Credit Cards for insurance | $50,000.00 |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1

| Debtor | Suzlon Wind Energy Corp | Case number (If known) | 21-07923 |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** $517,690.00
Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☒ Yes Fill in the information below.

11. **Accounts receivable**

   11b. Over 90 days old:  450,000.00 (face amount) - 225,000.00 (doubtful or uncollectible accounts) = .... $225,000.00

12. **Total of Part 3.** $225,000.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.
   ☒ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:    % of ownership

   15.1. Membership interest in Suzlon Project VIII, LLC    100 %    N/A    Unknown

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.** $0.00
Add lines 14 through 16. Copy the total to line 83.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

Official Form 206A/B   Schedule A/B Assets - Real and Personal Property   page 2

Debtor   Suzlon Wind Energy Corp                                     Case number (If known) 21-07923
         Name

| | | | | |
|---|---|---|---|---|
| 21. | Finished goods, including goods held for resale<br>Wind Turbine Parts:<br>40 Blades & Misc. parts in Corpus Crispy, Texas and Pipestone, Minnesota<br><br>Rotors & electrical or mechanical parts in Elgin, Illinois and Dumas, Texas | $0.00 | Liquidation | $500,000.00 |

22. **Other inventory or supplies**

23. **Total of Part 5.**                                                                                                 $500,000.00
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office Furniture located in Chicago & Elgin, Illinois | $0.00 | Liquidation | $55,000.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                 $55,000.00
    Add lines 39 through 42. Copy the total to line 86.

| Debtor | Suzlon Wind Energy Corp | Case number (If known) | 21-07923 |
|---|---|---|---|
| | Name | | |

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
☐ No
■ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
■ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| | | | | |
|---|---|---|---|---|
| 47.1. | 1 Hyster Fork Lift located Pipestone, Minnesota | $0.00 | Liquidation | $50,000.00 |
| 47.2. | 2015 RAM 1500 4x4 Crew Cab - VIN 3C6RR7KT7FG711297 located Pipestone, MN | $0.00 | | Unknown |
| 47.3. | 2019 Chevrolet Silverado 2500HD 4x4 crew cab - VIN 1GC1KREY4KF228200 located in Oklahoma | $0.00 | | Unknown |
| 47.4. | 2019 Chevrolet Silverado 1500HD 4x4 crew cab - VIN 1GC1KREY1KF230065 located (likley) in Oregon | $0.00 | | Unknown |
| 47.5. | 2017 Chevrolet Silverado 2500HD 4x4 crew cab - VIN 1GC1KUEG9HF182737 located (likely) in Arizona | $0.00 | | Unknown |
| 47.6. | 2008 Ford E-350 Super Duty XLT extended wagon - VIN 1FBSS31L58DB37697 located in Illinois | $0.00 | | Unknown |
| 47.7. | 2015 RAM 1500 4x4 crew cab - VIN 3C6RR7KT0FG711299 (client-owned with products) located (likely) in Canada | $0.00 | | Unknown |

**48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** Aircraft and accessories

**50.** Other machinery, fixtures, and equipment (excluding farm

| Debtor | Suzlon Wind Energy Corp | Case number (If known) | 21-07923 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| machinery and equipment) Installtion Tools and Equipment Located Elgin, Illinois; Pipestone, Minnesota; Port Corpus Christi, Texas and Guymon, Oklahoma | | $0.00 | Liquidation | $50,000.00 |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $100,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets Registered Trademark "Suzlon" | Unknown | | $0.00 |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

| Debtor | Suzlon Wind Energy Corp | Case number *(If known)* | 21-07923 |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| Canadian HST and Tax refunds for 2020 | Tax year 2020 | $100,000.00 |
| State of Idaho Sales and Use Tax Refund | Tax year | $27,000.00 |
| Refund from Wyoming State | Tax year | $193.00 |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** $127,193.00
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   Suzlon Wind Energy Corp   Case number *(If known)* 21-07923
         Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $517,690.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $225,000.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $500,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $55,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $100,000.00 | |
| 88. Real property. *Copy line 56, Part 9..................>* | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $127,193.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,524,883.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,524,883.00 |

**United States Bankruptcy Court**
**Northern District of Illinois**

In re: Suzlon Wind Energy Corp
Debtor(s)

Case No. 21-07923
Chapter 7

# AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ___ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedule A/B, consisting of __7__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date 09/16/2021

Signature: Amit Jain

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.