Case 21-07923    Doc 74-2    Filed 03/21/22    Entered 03/21/22 14:10:02    Desc Proposed
Order Allowing Administrative Expense Claim of Port of Corpus Christi    Page 1 of 1

Form G5 (20210922_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) Case Number: 21-07923
Suzlon Wind Energy Corp.  )
  )  Chapter: 7
  )
  )  Honorable Jacqueline Cox
  )
Debtor(s)  )

**ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM OF
PORT OF CORPUS CHRISTI AUTHORITY AND AUTHORIZING PAYMENT THEREON**

THIS CAUSE COMING FORTH upon Motion of Port of Corpus Christi Authority ("POCCA") for the allowance of an administrative expense claim pursuant to 11 U.S.C. § 503(b) and authorization for the Trustee to make payment upon the same, due notice having been given, and the Court being fully advised in the premises by arguments of counsel and the documents filed herein;

IT IS HEREBY ORDERED:

(i) that the administrative expense claim of POCCA is allowed as a claim pursuant to 11 U.S.C. § 503(b) in the sum of $22,500.00; and

(ii) that the Trustee is authorized to make prompt payment thereon.

Enter:

Dated:                                    United States Bankruptcy Judge

**Prepared by:**

Jonathan D. Golding
Illinois Bar No.6299876
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
(312) 526-1553
(312) 655-1501
Email: jonathan.golding@huschblackwell.com