UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )    BK No.:   21-07923
Suzlon Wind Energy Corp., )
)    Chapter: 7
)
)    Honorable Jacqueline P Cox
)
)
Debtor(s) )

## ORDER APPROVING SETTLEMENT AND APPROVING LIMITED NOTICE

This matter, coming to be heard on the motion of Ariane Holtschlag, not individually but as the chapter 7 Trustee for the estate of Suzlon Wind Energy Corp., this Court having jurisdiction, this Court orders that the Motion to Approve Settlement with Lewis Brisbois Bisgaard & Smith, LLP, and Request to Limit Notice is GRANTED, and:

1. Notice for this Motion is found to be sufficient under the circumstances.
2. Lewis Brisbois Bisgaard & Smith, LLP, is authorized to apply $6,816.65 from the Debtor's $7,500.00 security retainer to its fees and reimbursable costs, at its discretion.
3. Lewis Brisbois Bisgaard & Smith, LLP, is granted relief from the automatic stay that it may do so, and the Court finds that the 14-day stay of Federal Rule of Bankruptcy Procedure 4001(c) is waived and inapplicable to this transaction.
4. Lewis Brisbois Bisgaard & Smith, LLP shall, within 14 days of entry of this order, withdraw its proof of claim, which claim is currently found at number 54 in the general ledger of claims in this case, and
5. Lewis Brisbois Bisgaard & Smith, LLP shall, within 14 days of entry of this order, issue to the Trustee a refund of the remaining unearned security retainer, in the amount of $683.35.

Enter:  *Jacqueline P. Cox*
_____

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  April 05, 2022

**Prepared by:**

Justin R. Storer (6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602