UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 21-07923 |
| Suzlon Wind Energy Corp | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO PAY AUCTIONEER'S EXPENSES, GRANTING MOTION TO PAY SECURED CLAIM, AND GRANTING REQUESTS TO SHORTEN AND LIMIT NOTICE**

This matter, coming to be heard on the motion of Ariane Holtschlag, not individually, but as chapter 7 Trustee for the estate of Suzlon Wind Energy Corp, this court having jurisdiction, this Court orders that the motion is granted, and:

1. The chapter 7 Trustee is authorized to reimburse Heath Industrial Auction Services, Inc., d/b/a American Auction Associates, Inc., actual expenses in the amount of $40,275.47, pursuant to 11 U.S.C. 330(a)(1).

2. The Trustee is authorized to pay the sum of $22,476.95 to Texas County, Oklahoma, in satisfaction of the secured aspect of its claim, filed as proof of claim no. 36 in this case, pursuant to 11 U.S.C. 502(a) and 506(a)(1).

3. Notice of this motion is found to be sufficient under the circumstances.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: April 05, 2022

**Prepared by:**

Justin R. Storer (6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602