UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | ) BK No.: 21-07923 |
| Suzlon Wind Energy Corp., | ) |
| | ) Chapter: 7 |
| | ) Honorable Jacqueline P Cox |
| Debtor(s) | ) Adv. No.: |
| Plaintiff(s) | ) |
| Defendant(s) | ) |

**ORDER GRANTING FIRST INTERIM APPLICATION OF FACTORLAW FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

This matter coming to be heard on application of the Law Office of William J. Factor, ("FactorLaw") counsel for Ariane Holtschlag, not individually, but as chapter 7 Trustee for the estate of Suzlon Wind Energy Corp., this Court having jurisdiction and due notice being given all parties entitled thereto, this Court orders that the application is granted, and

1. FactorLaw is allowed compensation for actual and necessary legal services in the amount of $55,907.50;
2. FactorLaw is allowed reimbursement of actual and necessary expenses in the amount of $3,682.68; and
3. The Trustee is authorized to pay FactorLaw the allowed compensation and reimbursement of expenses in the total amount of $59,590.18, pursuant to 11 U.S.C. 330(a)(1).

Enter: *Jacqueline P. Cox*

Honorable Jacqueline P. Cox
United States Bankruptcy Judge

Dated: June 14, 2022

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602